UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASSOCIATION OF THEATRICAL PRESS AGENTS AND MANAGERS, UNION NO. 18032, I.A.T.S.E., AFL-CIO, CLC, by GORDON FORBES, as SECRETARY-TREASURER,

Plaintiff,

-against-

ASTOR SHOW PRODUCTIONS, INC. d/b/a BLUE MAN GROUP "TUBES," MARIA DIDIA, and MANUEL IGREJAS,

Defendants.

Civil Action No. 08CV 4395

Judge Scheindlin

**DEFENDANT ASTOR SHOW PRODUCTIONS, INC.'S RULE 7.1 STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Astor Show Productions, Inc. d/b/a Blue Man Group "Tubes" ("Blue Man Group") state as follows:

Defendant Blue Man Group does not have a parent corporation nor are there any publicly held corporations owning 10% or more of its stock.

Dated: New York, New York
May 9, 2008

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

Douglass B. Maynard
Kenneth L. Shaitelman
590 Madison Avenue
New York, New York 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

*Attorneys for Defendant Astor Show Productions, Inc. d/b/a Blue Man Group "Tubes"*