## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May 2008, I caused a true and correct copy of this Notice of Removal of Civil Action to be served by UPS Overnight Delivery on Plaintiff's attorneys at the following address:

Jane Lauer Barker
Michael D'Angelo
PITTA & DREIER LLP
499 Park Avenue
New York, New York 10022

Kenneth L. Shaitelman

4