UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASSOCIATION OF THEATRICAL PRESS
AGENTS AND MANAGERS, UNION NO. 18032,
I.A.T.S.E., AFL-CIO, CLC, by GORDON
FORBES, AS SECRETARY-TREASURER,

                   Plaintiff,

-against-

ASTOR SHOW PRODUCTIONS, INC. d/b/a
BLUE MAN GROUP "TUBES," MARIA DIDIA,
and MANUEL IGREJAS,

                   Defendants.

08-Cv-4395 (SAS)

NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that on behalf of Plaintiff, ASSOCIATION OF THEATRICAL PRESS AGENTS AND MANAGERS, UNION NO 18032, I.A.T.S.E, AFL-CIO, CLC, by GORDON FORBES, as SECRETARY-TREASURER ("Plaintiff" or "ATPAM"), the undersigned attorney appears as co-counsel of record.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

Dated: New York, New York
       May 13, 2008

                                     Respectfully submitted,

                                     PITTA & DREIER LLP
                                     *Attorneys for Plaintiff*

                                     By: _____
                                        Jane Lauer Barker (JB 5436)
                                     499 Park Avenue
                                     New York, New York 10022
                                     (212) 652-3890