UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASSOCIATION OF THEATRICAL PRESS AGENTS AND MANAGERS, UNION NO. 18032, I.A.T.S.E., AFL-CIO, CLC, by GORDON FORBES, AS SECRETARY-TREASURER,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>ASTOR SHOW PRODUCTIONS, INC. d/b/a BLUE MAN GROUP "TUBES," MARIA DIDIA, and MANUEL IGREJAS,<br><br>　　　　　　　　Defendants. | 08-Cv-4395 (SAS)<br><br>NOTICE OF APPEARANCE |

　　PLEASE TAKE NOTICE that on behalf of Plaintiff, ASSOCIATION OF THEATRICAL PRESS AGENTS AND MANAGERS, UNION NO 18032, I.A.T.S.E, AFL-CIO, CLC, by GORDON FORBES, as SECRETARY-TREASURER ("Plaintiff" or "ATPAM"), the undersigned attorney appears as co-counsel of record.

　　PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the defendants should be served upon the undersigned.

Dated: New York, New York
　　　　May 13, 2008

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　PITTA & DREIER LLP
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Michael J. D'Angelo (MD 3030)
　　　　　　　　　　　　　　　　　　　499 Park Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　(212) 652-3890

{00354892.DOC;}