# AKIN GUMP
## STRAUSS HAUER & FELD LLP
Attorneys at Law



RECEIVED
CHAMBERS OF
JUN 1 1 2008
JUDGE SCHEINDLIN

KENNETH L. SHAITELMAN
212.872.8029/fax: 212.872.1002
kshaitelman@akingump.com

June 10, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/08

VIA FACSIMILE

Judge Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

ATPAM v. Astor Show Productions, et al.
08-CV-4395 (SAS)

Dear Judge Scheindlin:

The defendants in this case have moved to dismiss the complaint. After conferring, and in accordance with Part III(D) of your Individual Rules and Procedures, the parties propose the following briefing schedule:

Motion filed: June 10, 2008
Opposition due: July 25, 2008
Reply due: August 25, 2008

The due date for the opposition was made at the request of Plaintiff's counsel after taking into account vacation scheduling and discovery deadlines in another case.

Respectfully submitted,

*Kenneth L. Shaitelman*

Kenneth L. Shaitelman

cc: Jane Lauer Barker (by facsimile)
Ronald Shechtman (by facsimile)
Toby Butterfield (by facsimile)

So ordered: _____
Shira A. Scheindlin, U.S.D.J.
6/11/08

*Schedule approved. However, because of the extraordinary length of the schedule no adjournments will be granted. So Ordered.*

590 Madison Avenue / New York, NY 10022-2524 / 212.872.1000 / fax: 212.872.1002 / www.akingump.com