*Scheindlin, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
ASSOCIATION OF THEATRICAL PRESS AGENTS :
AND MANAGERS, UNION NO. 18032, I.A.T.S.E.,
AFL-CIO, CLC, by GORDON FORBES, as
SECRETARY-TREASURER,

          Plaintiff,

-against-                                   Case No. 08 CV 4395 (SAS)

ASTOR SHOW PRODUCTIONS, INC. d/b/a BLUE   :   **STIPULATION OF**
MAN GROUP "TUBES," MARIA DIDIA, and          **DISCONTINUANCE**
MANUEL IGREJAS,                                        **PURSUANT TO F.R.C.P. 41(a)**

          Defendants.
-------------------------------------------------------------- x

WHEREAS, no party is an infant or an incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action,

**IT IS HEREBY STIPULATED AND AGREED** by all parties through their undersigned counsel that the above-captioned action is hereby dismissed without prejudice and without costs to either party, including all pending motions.

Dated: New York, New York
         July 1, 2008

AKIN GUMP STRAUSS HAUER &                       PITTA & DREIER LLP
FELD LLP

By:   Douglass B. Maynard (DM5555)             By:   Jane Lauer Barker (JB 5436)
590 Madison Avenue                                     499 Park Avenue
New York, New York 10022                      New York, New York 10022
(212) 872-1000                                             (212) 652-3890
*Attorneys for Defendant Astor Show*              *Attorneys for Plaintiff*
*Productions, Inc. d/b/a Blue Man Group*

{00368315.DOC;}

PRYOR CASHMAN LLP

*[signature]*

By: Ronald H. Schechtman (RH 1993 )
410 Park Avenue
New York, NY 10022
(212) 326-0102
*Attorneys for Defendant Maria Di Dia*

COWAN, DEBAETS, ABRAHAMS & SHEPPARD LLP

_____
By: Toby M.J. Butterfield (TB    )
41 Madison Avenue
New York, NY 10010
(212) 974-7474
*Attorneys for Defendant Manuel Igrejas*

SO ORDERED:

_____
U.S.D.J.

{00368315.DOC;}                                2

PRYOR CASHMAN LLP

By: Ronald H. Schechtman (RH    )
410 Park Avenue
New York, NY 10022
(212) 326-0102
*Attorneys for Defendant Maria Di Dia*

COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP

By: Toby M.J. Butterfield (TB-8599)
41 Madison Avenue
New York, NY 10010
(212) 974-7474
*Attorneys for Defendant Manuel Igrejas*

SO ORDERED:

U.S.D.J.

7/10/08